UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. : |
| | : | |
| v. | : | MAGISTRATE NO.: 08-0454M (CR) |
| | : | |
| **SELVYN SANCHEZ CABRERA,** | : | VIOLATIONS: |
| also known as Selvyn Sanchez, | : | |
| also known as Selvyn Cabrera, | : | 18 U.S.C. § 1546(a) |
| Defendant. | : | (Fraud and Misuse of Visas, Permits and Other |
| | : | Documents) |
| | : | 18 U.S.C. § 1028(a)(6) |
| | : | (Fraud in Connection with Identification |
| | : | Documents and Authentication Features) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about July 17, 2008, within the District of Columbia, the defendant, **SELVYN SANCHEZ CABRERA, also known as Selvyn Sanchez, and also known as Selvyn Cabrera,** did knowingly possess an alien registration receipt card in the name Selvyn Sanchez, which the defendant knew to be forged, counterfeited, and falsely made.

(**Fraud and Misuse of Visas, Permits and Other Documents**, in violation of Title 18, United States Code, Section 1546(a)).

## COUNT TWO

On or about July 17, 2008, within the District of Columbia, the defendant, **SELVYN SANCHEZ CABRERA, also known as Selvyn Sanchez, and also known as Selvyn Cabrera,** did knowingly possess an employment authorization card in the name Selvyn Cabrera, which the defendant knew to be forged, counterfeited, and falsely made.

(**Fraud and Misuse of Visas, Permits and Other Documents**, in violation of Title 18, United States Code, Section 1546(a)).

## COUNT THREE

On or about July 17, 2008, within the District of Columbia, the defendant, **SELVYN SANCHEZ CABRERA, also known as Selvyn Sanchez, and also known as Selvyn Cabrera,** did knowingly possess an identification document and authentication feature that appear to be an identification document and authentication feature of the United States issued by and under the authority of the United States, but in fact were produced without lawful authority, that is, a Social Security card, knowing that such document and feature were produced without lawful authority

(**Fraud in Connection with Identification Documents and Authentication Features**, in violation of Title 18, United States Code, Section 1028(a)(6)).

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia